UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:09-CV-0077-RLV-DCK

| | |
|---|---|
| MATT JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COLLECTCORP CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER ALLOWING
## PRO HAC VICE ADMISSION OF OUT-OF-STATE ATTORNEY

Upon application of Thomas J. Doughton for Attorney Dayle M. Van Hoose, an active member in good standing of the bar of Florida, to be admitted *pro hac vice* on behalf of Defendant Collectcorp Corporation in this matter, and it appearing that said motion complies with Local Rule 83.1B and a fee in the amount of $250.00 has been paid to the Clerk of Court,

IT IS HEREBY ORDERED THAT Dayle M. Van Hoose is admitted to appear in this matter *pro hac vice* on behalf of Defendant Collectcorp Corporation and her appearance as attorney of record on behalf of Defendant Collectcorp Corporation is hereby entered.

Signed: July 14, 2009

David C. Keesler
United States Magistrate Judge